[No. 4657.   Decided July 9, 1903.]

HENRY WAX, *as Trustee, Respondent,* v. NORTHERN PA-
CIFIC RAILWAY COMPANY *et al., Appellants.*

APPEAL — NOTICE — FAILURE TO SERVE CODEFENDANT.

Failure of appellant to serve notice of appeal on a codefendant
who does not join in the appeal is ground for its dismissal.

Appeal from Superior Court, King County.—Hon.
GEORGE MEADE EMORY, Judge.   Appeal dismissed.

*H. E. Foster,* for appellant.

*Struve, Allen, Hughes & McMicken,* for respondent.

PER CURIAM.—The respondent, who was plaintiff be-
low, brought this action against the Northern Pacific Rail-
way Company and C. C. Cooper, as defendants, to recover
certain personal property alleged to belong to the estate of
one Harry Winters, of which the respondent was trustee in
bankruptcy, which personal property, it was alleged, the
defendants wrongfully and unlawfully withheld from the
possession of the respondent.  The defendants appeared
separately and by separate counsel and separately ans-
wered to the merits of the controversy.  A trial was there-
after had, resulting in a judgment for the respondent.
The defendant C. C. Cooper appealed from the judgment,
but did not serve her notice of appeal on her co-defendant,
and the respondent moves to dismiss the appeal for that
reason.  The motion must be granted.  Under the statute
and the repeated rulings of this court, such an omission
is fatal to the right to have the case heard on appeal.  Ap-
peal dismissed.